FILED
IN CLERKS OFFICE

2021 DEC 10 AM 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Attachment from Complaint Page 5 of 11 (D).
"What are the facts underlying your claims."

# Wellpath
## Patient Medical, Dental, and Mental Health Grievance & Appeal Form

**Facility:** MCI Concord  **Housing Unit:** L-1

**Patient First Name:** Lamar   **ID#:** W113847

**Patient Last Name:** Brison   **Date of Birth:** 10/8/90

**Check level:**
Grievance to HSA ☑
Appeal to wellpath ☐

You are required to bring medical, dental and mental health grievances to the attention of the HSA or designee through one of the following informal means before submitting a formal grievance.

Please Indicate:
- Have you submitted a sick slip about the issue described?  Yes ☑  No ☐
- Have you attended Staff Access:  Yes ☐  No ☑
- Have you spoken to the HSA or DON?  Yes ☐  No ☑

---

### Please read the following carefully:

**Step 1:** Completed medical, dental and mental health grievance forms may be submitted directly to the Health Services Administrator (HSA), DON, or institution protocol. In special management units, forms may be handed to rounding healthcare staff.

**Step 2:** You may appeal the grievance decision as follows:
- Utilize the same form to complete an appeal.
- An appeal must be postmarked within 10 business days from the grievance decision receipt.
- The appeal must be filed directly with the Wellpath Grievance and Appeal Administrator, by sending it to:

  Wellpath
  16 Chestnut Street
  Suite 250
  Foxborough, MA 02035
  Attn: Appeals

The decision of the Wellpath Grievance and Appeal Administrator is final.

**Summary of Complaint** (Details Must Be Described In This Area - attach additional sheets if necessary):

MEDICAL ☑   DENTAL ☐   MENTAL HEALTH ☐

I missed a scheduled follow-up appointment after my surgery on my hand. Due to the missed appointment caused my hand to get infected while rods were inside my hand (metal).

**Remedy Requested** (Must Be Detailed In This Area - attach additional sheet if necessary):

I would like physical therapy due to the fact I'm in constant pain & I can not close my hand to make a fist. Due to the fact my hand got infected while metal was inside my hand.

**Patient Signature:** Lamar Brison   **Date:** 5/14/21

**Healthcare Staff ONLY:**
Date Received: 5/12/21   Staff Recipient: Maureen Cross   Routed To: HSA

Revised April 2020
Double-sided Form

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### MEDICAL/MENTAL INMATE GRIEVANCE FORM
### FORWARD TO THE HEALTH SERVICE ADMINISTRATOR

**Name** BRISON LAMAR   **Grievance#** 113355   **Institution** MCI CONCORD

**Commit No.** W113847   **Housing** L-1   **Date Of Incident** 20210514   **Date Of Grievance** 20210514

**Informal filed** Yes

**Complaint** "I Missed a scheduled follow-up appointment after my surgery on my hand. Due to the missed appointment caused my hand to get infected while Rods were inside my and (Metal)"

**Remedy Requested** "I would like physical Therapy due to the fact I'm in constant pain & I can not close my hand to make a fist Due to the fact my hand got infected while metal was inside my hand."

**Staff Recipient** Smith Therese E   Health Services Administrator

**Staff Involved**

**Signature**

### RECEIPT BY THE HEALTH SERVICE ADMINISTRATOR

**Date Received** 20210519   **Decision Date** 20210528

**Signature** Smith Therese E   Health Services Administrator

**Final Decision** DENIED

**Decision**
Mr. Brison,
I am in receipt of your grievance dated 5/14/21 and received on 5/19/21. In your grievance you are requesting physical therapy for your hand. I do not see that you have discussed physical therapy with the provider and there is currently not a referral for physical therapy in place. I have scheduled you fpr a follow up with the provider at this appointment you can discuss if physical therapy is indicated. Thank you for your correspondence.

**Signature** Therese Am— PW HSA   **Date** 5/28/21

An appeal must be filed out within 10 working days from receipt of the decision by the HSA or designee. An inmate/patient may file an appeal directly with the Medical Grievance and Appeal Coordinator, by sending it to:

### INMATE RECEIPT

**Name** BRISON LAMAR   **Institution** MCI CONCORD

**Commit No.** W113847   **Grievance#** 113355   **Date Received** 20210519

**Signature** Smith Therese E   Health Services Administrator

# Wellpath
## Patient Medical, Dental, and Mental Health Grievance & Appeal Form

**Facility:** MCF Concord  
**Housing Unit:** L-7  
**Patient First Name:** Lamar  
**ID#:** W113847  
**Patient Last Name:** Brison  
**Date of Birth:** 10/8/90  

**Check level:**  
Grievance to HSA ☐  
Appeal to Wellpath ☑  

---

You are required to bring medical, dental and mental health grievances to the attention of the HSA or designee through one of the following informal means before submitting a formal grievance:

**Please indicate:**
- Have you submitted a sick slip about the issue described? Yes ☐ No ☐
- Have you attended Staff Access: Yes ☐ No ☐
- Have you spoken to the HSA or DON? Yes ☐ No ☐

---

**Please read the following carefully:**

Step 1: Completed medical, dental and mental health grievance forms may be submitted directly to the Health Services Administrator (HSA), DON, or institution protocol. In special management units, forms may be handed to rounding healthcare staff.

Step 2: You may appeal the grievance decision as follows:

- Utilize the same form to complete an appeal.
- An appeal must be postmarked within 10 business days from the grievance decision receipt.
- The appeal must be filed directly with the Wellpath Appeal Coordinator, by sending it to:

   Wellpath  
   16 Chestnut Street  
   Suite 250  
   Foxborough, MA 02035  
   Attn: Appeal Coordinator  

The decision of the Wellpath Appeal Coordinator is final.

---

**Summary of Complaint** (Details Must Be Described In This Area - attach additional sheets if necessary):

MEDICAL ☑   DENTAL ☐   MENTAL HEALTH ☐

I had a follow-up appointment after I had surgery on my hand. I was never brought to the appointment. Due to the missed appointment, my hand got infected while metal rods were inside of my hand/knuckles. I had green fluids coming from the wound, where the rods were.

**Remedy Requested** (Must Be Detailed In This Area - attach additional sheets if necessary):

I would like physical therapy due to the fact I'm constant pain with numbness around & on top of the scar where the rod/wires where inserted. I can not close my hand to make a close fist, Due to the fact my hand got infected while metal was inside my hand.

**Patient Signature:** Lamar Brison  
**Date:** 6/3/21

---

**Healthcare Staff ONLY:**

| Date Received: 6/9/21 | Staff Recipient: | Routed To: |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MEDICAL/MENTAL INMATE GRIEVANCE APPEAL FORM
### FORWARD TO THE GRIEVANCE APPEALS CORRDINATOR

| | | | |
|---|---|---|---|
| **Commit Name:** | BRISON LAMAR | **Commit #:** | W113847 |
| **Grievance #:** | 113355 | **Date Of Grievance:** | 20210514 |
| **Institution:** | MCI CONCORD | **Housing:** | L-1 |
| **Appeal Date:** | 20210604 | **Appeal Received Date:** | 20210609 |
| **Current Institution:** | MCI CONCORD | **Current Housing:** | L-1 |

**Appeal**
"I had a follow-up appointment after i had surgery on my hand. I was never brought to the appointment. An Due to the missed appointment, MY hand got infected While Metal Rods were inside of MY hand/ knuckles. I had Green fluids coming from the wound where the rods were."

**Remedy Requested**
'I would like physical therapy due to the fact im constant pain with numbness around & on top of the scar where the rod / wires where inserted. I can not close my hand to make a close fist, Due to the fact my hand got infected while metal was inside my hand."

**Staff Recipient**
Smith Therese E   Health Services Administrator

**Signature** _____

## DECISION BY GRIEVANCE APPEALS COORDINATOR

| | | | | | |
|---|---|---|---|---|---|
| **Appeal Received Date** | 20210609 | **Decision Date** | 20210609 | **Decision** | APPROVED |

**Decision By**   Black Sholudko Lisa A   Health Services Administrator

**Reasons**
**Signature**

Mr. Brison,
I received your appeal for grievance #113355 postmarked 6/4/21, on 6/9/21. In your appeal, you request a Physical Therapy consultation for your hand.
I reviewed your health record and noted that you saw a provider on 6/8/21 to discuss your request. At that time, the provider submitted a request for consultation to the Physical Therapist (PT). The PT will schedule your appointment, for the next available appointment time. Please note that there are many patients in the queue and it may take a while for you to be seen.
Your request/appeal is approved, as your provider has requested a PT consultation for you.
Please continue to work with your provider and submit a sick slip to have your needs addressed, as needed.
Thank you for your correspondence.

_Lisa Black Sholudko_   Date  6/9/21

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Inmate's Name** | BRISON LAMAR | | **Institution** | MCI CONCORD |
| **Number** | W113847 | | **Appeal Received Date** | 20210609 |

**Staff Recipient**   Smith Therese E   Health Services Administrator

**Superintendent's Signature** _____

COMPLAINT ATTACHMENT (D)
"Facts"
Page 1 of 3

1. On the 3rd of March 2021 the Plaintiff, Mr. Lamar Brison, ("Mr. Brison") was an inmate confined in a Massachusetts Department of Corrections at "Concord" when consequently suffered substantial hand injuries to his right hand, that included two knuckles, after an altercation with another inmate.

2. Since Mr. Brison was, and is, an inmate in DOC under a State conviction Mr. Brison was assessed by employees employed by Defendant WellPath/Conmed, LLC in the Prison's Health Service Unit ("HSU").

3. The sight of the obvious disfiguration to Mr. Brison's right hand and his inability to mobilize his fingers was clear indication to a medically-trained eye that his hand/knuckles were broken; or fractured at the minimum.

4. Mr. Brison verbally, and in duress, complained to WellPath/Conmed, LLC nursing employees at this moment of medical assessment that he was in serious physical pain.

5. Nursing employees, however, cleared Mr. Brison to medically be placed in isolation following the physical altercation. Mr. Brison was not considered or order to an outside medical facility or hospital by WellPath/Conmed, LLC at this time for emergency x-ray studies or any extensive medical care for his clear disfiguration to his right hand.

6. WellPath/Conmed, LLC awaited almost 72 to 96 hours before providing Mr. Brison with any adequate medical services. Which were x-rays by a mobil technican done at the prison.

7. These x-rays immediately proved Mr. Brison's disfiguration to his right hand/knuckles were abnormal in two knuckles were broken.

COMPLAINT ATTACHMENT (D)
Page 2 of 3

8. The result of these x-ray studies were immediately reviewed by Defendant Diana Garcia ("Def. Garcia") as WellPath/Conmed,LLC Policy implies to be done. Def. Garcia was at that time WellPath's/Conmed,LLC "on-site" designated-Provider; as a a Nurse Practitioner ("NP").

9. Def. Garcia awaited almost another 72 to 96 hours before medically ordering Mr. Brison for transportation to a surgeon in the community to have a Procedure on his broken knuckles. This was done on the 11th of March 2021.

10. The outside surgeon ordered Defendant WellPath/Conmed,LLC to return Mr. Brison to his office in two weeks for medical follow-up from March 11, 2021.

11. According to DOC collaborative policy with Defendant WellPath/Conmed,LLC the Prison's Director of Nursing or Health Service Administrator (DON)(HSA) are to coordinate outside medical appointments; including "follow-up's", unless an emergency exist. At which point the inmate is ordered by the designated-on-site Provider for transportation to the Emergency Department for urgent care.

Defendant Terry ("Def. Terry") was WellPath's/Conmed,LLC designated Health Service Administrator (or DON) for Concord's Health Service Unit at that time.

12. Defendant Terry did not coordinate or schedule Mr. Brison's surgeon's order for a two week (following March 11, 2021 surgery) follow-up.

13. As a direct result of Def. Terry's individual medical decision not to coordinate Mr. Brison's two week follow-up with his Surgeon he was denied the adequate medical services he is entitled to as a third-Party to the contractual agreement WellPath/Conmed,LLC has with the State Mr. Brison is an inmate in.

14. Mr. Brison's follow-up would have been either the third or fourth week of March 2021 had Def. Terry coordinated that follow-up.

COMPLAINT ATTACHMENT (D)
Page 3 of 3

15. A week or so after his missed follow-up Mr. Brison was assessed by Def. Garciā in the Prison's HSU along with a Provider via telehealth-conference where Mr. Brison cast was cut off that he had sealed from surgery.

16. The Provider via telehealth conference, in consultation with Def. Garciā determined Mr. Brison had an acute infection to the injury site.

17. Def. Garciā was also soundly aware Def. Terry had not coordinated Mr. Brison's follow-up with his surgeon. However, despite having knowledge of that delay in his medical care by not following-up with his surgeon and the instant infection before hers Def. Garciā still failed to correct Mr. Brison's unreasonable delay in his medical care with his surgeon.

18. In fact, it wasn't until weeks after this assessment and removal of the cast that Def. Garcia ordered Def. Terry to coordinate a transfer with security so Mr. Brison could be assessed by his surgeon's staff at an off-site facility.

19. Essentially, it wasn't until April 2021 that Defendant Wellpath/Conmed, LLC Provided Mr. Brison with access to the off-site Providers when he had K-wiring surgically removed.

20. Inasmuch Defendant' Wellpath's/Conmed, LLC breach of contract; Def. Terry and Def. Garciā's overall unnecessary delay in Mr. Brison's pre-surgery and post-surgery serious medical needs resulted in Mr. Brison being an injured third-party to the Wellpath/Conmed, LLC contract with the State to which Mr. Brison is confined; and Mr. Brison suffering the obvious physical pain and mental anguish that was preventable, unnecessary, and unwanton.

21. Mr. Brison's delay in pre-surgery and post-surgery by all three defendants inactions in their individual and official capacities as Wellpath/Conmed, LLC employees causes Mr. Brison to continue to suffer from, and with, nerve damage; involuntary arm movements and physical pains he continue to seek medical treatment, care, and rehabilitation for.